**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IZEL KELLY,                            :
                                       :       Civil Action No. 03-2536 (SRC)
                Petitioner,            :
                                       :
           v.                          :              **O R D E R**
                                       :
ROY L. HENDRICKS, et al.,              :
                                       :
                Respondents.           :


     For the reasons expressed in the Court's Opinion filed

herewith,

     It is on this ___27th_____ day of _January___, 2006,

     ORDERED that Petitioner's motion for reconsideration (Docket

Entry No. 14, is hereby DENIED.


                                   _____s/_____
                                        STANLEY R. CHESLER
                                     United States District Judge